## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JOHNNY WEISENHUNT, Individually
and as Personal Representative of the
Estate of Tarrie Weisenhunt, deceased,
CAROL WEISENHUNT, and
DEBRALEE WEISENHUNT,

      Plaintiffs,

vs.                                                                         No. 11-cv-0704 WJ/SMV

THE UNITED STATES OF AMERICA,

      Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

THIS MATTER came before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan filed March 15, 2012 [Doc. 25], the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order, filed March 29, 2012 [Doc. 29].

                                                  _____
                                                **STEPHAN M. VIDMAR**
                                                **United States Magistrate Judge**