# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**JOHNNY WEISENHUNT, individually and as personal representative for the estate of Tarrie Weisenhunt, deceased, et al.,**

     Plaintiffs,

v.                                        No. 11-cv-0704 WJ/SMV

**UNITED STATES OF AMERICA,**

     Defendant.

## ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINES

THIS MATTER is before the Court on the parties' Joint Motion to Extend Discovery and Motions Deadline [Doc. 43] ("Motion"), filed October 5, 2012. The parties seek an additional 60 days in which to conduct depositions of five named expert witnesses, "[a]ll but one of [whom] resides [sic] out of state." Motion [Doc. 43] at 1. The Court, being fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Extend Discovery and Motions Deadline [Doc. 43] is **GRANTED**. The Scheduling Order [Doc. 29] is **AMENDED** to reflect the following changes only:

The termination date for discovery is **Monday, December 24, 2012,** and discovery shall not be reopened, nor shall case management deadlines be modified, except by an order of the Court upon a showing of good cause.

Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by **Monday, January 14, 2013**.

Pretrial motions, other than discovery motions, shall be filed with the Court and served on opposing party by **Wednesday, January 23, 2013**.

Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiffs to Defendant on or before **Monday, March 11, 2013**; Defendant to Court on or before **Monday, March 25, 2013**.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**